UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

SONG LAI LIAN,
    a/k/a "Tony,"

        Defendant.

- - - - - - - - - - - - - - - - x

**08 CRIM 398**

INDICTMENT

08 Cr.



## COUNT ONE

The Grand Jury charges:

1. On or about November 30, 2006, in the Southern District of New York, SONG LAI LIAN, a/k/a "Tony," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, approximately 48 pills of mixtures and substances containing a detectable amount of 3, 4-methylenedioxymethamphetamine ("MDMA" or "ecstasy").

(Title 21, United States Code, Sections 812, 841(a)(1) & 841(b)(1)(C), and Title 18, United States Code, Section 2.)

## COUNT TWO

The Grand Jury further charges:

2. On or about December 6, 2006, in the Southern District of New York, SONG LAI LIAN, a/k/a "Tony," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit,

approximately 501 pills of mixtures and substances containing a detectable amount of 3, 4-methylenedioxymethamphetamine ("MDMA" or "ecstasy").

    (Title 21, United States Code, Sections 812, 841(a)(1) & 841(b)(1)(C), and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, SONG LAI LIAN, a/k/a "Tony," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of, the violations alleged in Counts One and Two of this Indictment, including but not limited to proceeds obtained as a result of those violations.

## SUBSTITUTE ASSETS PROVISION

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

 (Title 21, United States Code, Sections 846 and 853.)


_/s/ Sherry Picchioni_
FOREPERSON

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**SONG LAI LIAN,**

Defendant.

---

**INDICTMENT**

(Title 21, United States Code,
Sections 812, 841, Title 18, United
States Code, Section 2)


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

---

*Indictment filed, case assigned to judge Chin.*

*F. Maas, USMJ*