UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                      **NOTICE OF APPEARANCE**

       -against-

                                                  Indictment No. 08 Cr. 398

SONG LAI LIAN,
    A//K/A "TONY"
                           DEFENDANT
-----------------------------------------------------------------------X

CLERK OF COURT:

You are hereby notified that I appear as the attorney for SONG LAI LIAN, the defendant in the above titled action.

Dated: July 21, 2008
Mount Vernon, New York

                                                _____
                                                Alvin J. Thomas, Esq.
                                                10 Fiske Place, Suite 417
                                                Mount Vernon, New York 10550
                                                (917) 584-7678