

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 5, 2008

**BY FACSIMILE**

Honorable Denny Chin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08
```

    Re:  United States v. Song Lai Lian,
          08 Cr. 398 (DC)

Dear Judge Chin:

    A conference in the above-referenced case is currently scheduled for August 13, 2008. The Government has recently provided additional discovery to the defendant and as a result, the Government and the defendant jointly request an adjournment of this conference to September 22, 2008 at 4:30 p.m. I have spoken to your Honor's courtroom deputy and he has indicated that this date and time are convenient for the Court.

    The Government also requests an exclusion of time under the Speedy Trial Act from today until September 22, 2008, to allow the defendant an opportunity to review the discovery, prepare motions, and to discuss a disposition of this case with the Government. The defendant consents to this request.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ Steve C. Lee
Steve C. Lee
Assistant United States Attorney
Telephone: (212) 637-2413

cc: Alvin J. Thomas, Esq.

*Approved. The time is excluded for the reasons stated. SO ORDERED.*

USDJ 8/13/08

TOTAL P.002